## STEVENSON v. STATE.

No. 26881.

Court of Criminal Appeals of Texas.

March 10, 1954.

606

No attorney on appeal for appellant.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Burglary is the offense, with punishment assessed at three years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. There is nothing presented for our consideration.

The judgment is affirmed.

Opinion approved by the court.